IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ROSLYN HOLMAN,<br><br>                Plaintiff,<br><br>v.<br><br>TERRY L. WOOTEN et al.,<br><br>                Defendants. | CIVIL ACTION<br>NO. 11-78 |

## ORDER

**AND NOW**, this 17th day of June 2015, upon consideration of Plaintiff Roslyn Holman's Motion titled "Rule 60(b) Motion to Vacate District Judge Joel H. Slomsky's Void Orders and Remand Case to South Carolina District for Adjudication" (Doc. No. 15), it is **ORDERED** that Plaintiff's Motion is **DENIED**.

It is further **ORDERED** that Plaintiff is enjoined from making any further filings in the above-captioned case and also enjoined from making any further filings in this Court that seek to overturn the judgment entered in the District of South Carolina in the case Holman v. Wooten, No. 09-cv-1634-CWH (D.S.C. June 23, 2009). Any request for permission to file must be accompanied by: (a) a copy of the proposed filing; (b) a copy of this Opinion and the attached Order; and (c) a statement listing the titles and docket numbers of all previous filings concerning the same subject matter and involving any of the same defendants.

BY THE COURT:

*/s/ Joel Slomsky*
JOEL H. SLOMSKY, J.